# Court of Appeals
# of the State of Georgia

ATLANTA, __October 05, 2020__

*The Court of Appeals hereby passes the following order:*

**A21A0239. THEOLPHIS DANIELS v. THE STATE.**

In 2015, a jury found Theolphis Daniels guilty of rape, statutory rape, aggravated child molestation, and false imprisonment, and we affirmed his judgment of conviction on appeal. See *Daniels v. State*, No. A17A1330 (Oct. 16, 2017). In January 2020, Daniels filed a motion for an out-of-time appeal, which the trial court denied. Daniels then filed this direct appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Because Daniels already has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."); *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"). Accordingly, this appeal is hereby DISMISSED. See *Richards*, 275 Ga. at 191-192.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, __10/05/2020__
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*